NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000390
06-MAY-2019
09:19 AM

NO. CAAP-18-0000390

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CK, Plaintiff-Appellee,
v.
AK, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 08-1-2862)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed April 17, 2019, by Defendant-Appellant AK, the papers in support, the record, and there being no opposition, it appears that (1) the appeal has been docketed; (2) AK seeks to dismiss the appeal with prejudice, with costs to be borne by the parties; and (3) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice. The parties shall bear their own costs.

DATED: Honolulu, Hawai'i, May 6, 2019.

Presiding Judge

Associate Judge

Associate Judge